UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HOME POINT FINANCIAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cv-02992-JMS-DLP |
| QUIKFUND, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Continue Pretrial Conference, Dkt. [27]. The Court, being duly advised, hereby **GRANTS** said Motion. The April 28, 2022 initial pretrial conference is continued to **July 11, 2022** at **3:00 p.m. (Eastern)**. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system. All other requirements of the Court's order dated January 24, 2022 (Dkt. 12) shall remain in effect.

So ORDERED.

Date: 4/27/2022

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email